UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM HOLCOMB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Case No. 4:13 CV 756 RWS |
| | ) |
| ROBINSON, REAGAN & YOUNG, PLLC, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

Defendant Robinson, Reagan & Young, PLLC removed this case from the Circuit Court for Lincoln County, Missouri.  Plaintiff William Holcomb filed a motion to remand because the case was removed after the thirty day removal period had expired.  Defendant filed a response to the motion to remand which states that the remand motion is unopposed.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Remand [#6] is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **REMANDED** to the Circuit Court of Lincoln County, State of Missouri under 28 U.S.C. § 1447(c).

**IT IS FURTHER ORDERED** that the parties each bear their own costs incurred by reason of these removal and remand proceedings.

An appropriate Order of Remand will accompany this Memorandum and Order.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 29th day of April, 2013.